**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

SAMUEL M. LEVINE,

                    Plaintiff,

        - against -

EDWARD F. McCABE, and
JONATHAN LIPPMAN,

                    Defendants.

----------------------------------------------------------X

**JUDGMENT**

CV-03-6420 (DRH)

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on December 17, 2007 granting defendants' motion for summary judgment, and denying plaintiff's motion for reconsideration, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion for summary judgment is granted; and that plaintiff's motion for reconsideration is denied.

Dated: Central Islip, New York
         December 17, 2007

                                                ROBERT C. HEINEMANN
                                                CLERK OF THE COURT

                                  By:    <u>/s/ Lorraine Sapienza</u>
                                                   Deputy Clerk